# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MATTHEW JAMES GREATHOUSE** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 22-1939** |
| **32nd J.D.C. OF TERREBONNE PARISH** | **SECTION: "I"(5)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Matthew James Greathouse, which is hereby **OVERRULED,** approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that Plaintiff Matthew James Greathouse's claims against the Thirty-Second Judicial District Court of Terrebonne Parish are **DISMISSED WITH PREJUDICE** for lack of subject-matter jurisdiction and because the Thirty-Second Judicial Court of Terrebonne Parish is not a juridical person capable of being sued.

**IT IS FURTHER ORDERED** that the plaintiff's request to file an amended pleading pursuant to Rule 15 of the Federal Rules of Civil Procedure is **GRANTED**.

New Orleans, Louisiana, this 12th day of July, 2022.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**